**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Francisco Arellano v. Katherin Arellano

Appellate case number:    01-16-00854-CV

Trial court case number:    2015-09767

Trial court:             312th District Court of Harris County

On May 22, 2017, appellant, Francisco Arellano, filed his appellant's brief. Appellee, Katherin Arellano, had a briefing deadline of June 21, 2017 in which to file her brief, but no brief has been filed. On August 4, 2017 and September 19, 2017, we notified appellee that we would set the case for submission without an appellee's brief unless appellee filed (1) a motion to extend time to file her brief or (2) her brief accompanied by a motion to extend time. Appellee has neither filed a motion to extend time or her appellee's brief. Accordingly, the case is hereby set at issue.

The time for filing the APPELLEE'S brief has expired. *See* TEX. R. APP. P. 38.6(b). Further, appellee's deadline for responding to the notice issued by this Court on August 4, 2017 and September 19, 2017, requiring appellee to file either a brief or a motion to extend time to file her brief, has expired. Accordingly, this case is now at issue and ready to be set for submission.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack _____
                           ☑ Acting individually    ☐ Acting for the Court

Date: <u>October 24, 2017</u>